IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**NAEL ALI**,<br>**CHRISTINA BOWEN (a.k.a. "Christina Sandoval")**, and<br>**MOHAMMAD MANASRA**,<br><br>Defendants. | CRIMINAL NO. 15-cr-3762-JCH |

**ORDER OF DISMISSAL**

This matter came before the Court on the motion of the United States to dismiss the original Indictment in case No. 15-cr-3762-JCH, as to all defendants, based upon the filing of a superseding indictment on March 23, 2016. The Court is fully advised on this matter, and finds that the motion should be, and hereby is, granted.

IT IS HEREBY ORDERED that the original Indictment in case No. 15-cr-3762-JCH is dismissed without prejudice, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE